```
LAW OFFICES OF FRANK D. PENNEY
A Professional Corporation
JAMES R. LEWIS,  SB# 232248
1544 Eureka Road, Ste. 120
Roseville, CA 95661
Tele:(916)788-1960
Fax: (916)788-1970

Attorney for Plaintiff
RICHARD LOPEZ, SR.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, SR., individually, and as successor-in-interest for Decedent DAVID JOHN LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW KOCH, JOSHUA VINCELET, and DOES 1 through 100.<br><br>Defendants. | Case No.:4:13-CV-01610-DMR<br><br>~~PROPOSED~~ ORDER RE: TELEPHONIC APPEARANCE AT CIVIL CASE ~~MANAGEMENT~~ AS MODIFIED |

HAVING CONSIDERED THE REQUEST OF PLAINTIFF'S COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE CIVIL CASE MANAGEMENT ON JULY 10, 2013, THE COURT ORDERS AS FOLLOWS:

_____X_____ PERMISSION GRANTED.    **Plaintiff's counsel must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.**

_____ PERMISSION DENIED.

Dated: May 17, 2013

GRANTED
_Judge Donna M. Ryu_

_____
HON. MAGISTRATE JUDGE DONNA M. RYU

1