1  LAW OFFICES OF FRANK D. PENNEY
   A Professional Corporation
2  JAMES R. LEWIS,  SB# 232248
   1544 Eureka Road, Ste. 120
3  Roseville, CA 95661
   Tele:(916)788-1960
4  Fax: (916)788-1970

5  Attorney for Plaintiff
   RICHARD LOPEZ, SR.

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
   RICHARD LOPEZ, SR.,              |    Case No.:4:13-CV-01610-DMR
11 individually, and as            |
   successor-in-interest for       |
12 Decedent DAVID JOHN LOPEZ,       |    ~~PROPOSED~~ ORDER RE: TELEPHONIC
                                    |    APPEARANCE AT CIVIL CASE
13            Plaintiff,            |    MANAGEMENT AS MODIFIED
                                    |
14     v.                           |
                                    |
15 MATTHEW KOCH, JOSHUA VINCELET,    |
   and DOES 1 through 100.          |
16                                   |
             Defendants.            |
17 _____  |

18 HAVING CONSIDERED THE REQUEST OF PLAINTIFF'S COUNSEL FOR

19 PERMISSION TO APPEAR TELEPHONICALLY AT THE CIVIL CASE MANAGEMENT

20 ON JULY 10, 2013, THE COURT ORDERS AS FOLLOWS:

21 _____X_____ PERMISSION GRANTED.   **Plaintiff's counsel must follow the
                                          protocol set forth in the attached
22 _____ PERMISSION DENIED.     Notice re Telephonic Appearance
                                          Procedures for Magistrate Judge
23                                        Donna M. Ryu.**

24 Dated: May  17, 2013

25

26

27                         HON. MAGISTRATE JUDGE DONNA M. RYU

28

                                   1