**United States District Court**
For the Northern District of California

1

2

3

4

5

6    RICHARD LOPEZ, SR., ET AL.,

7                    Plaintiffs,

8            v.

9    MATTHEW KOCH, ET AL.,

10                   Defendants.
                                                     /

11

12

13

14

15

16

17

18

19

20

21    Dated:  2/6/14

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

No. C 13-01610 RS

**STANDBY ORDER OF DISMISSAL**

        The Court has been informed that the above-entitled action has settled.  Accordingly, the
Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by
**May 12, 2014**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to
appear on **May 15, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco
Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this
Order may result in dismissal of the case.

        IT IS SO ORDERED.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

NO. C 13-01610 RS
STANDBY ORDER OF DISMISSAL