JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
MATTHEW KOCH, JOSHUA VINCELET, ALLAN
CANTANDO AND CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, SR., individually, and as successor-in-interest for Decedent DAVID JOHN LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW KOCH, JOSHUA VINCELET, and DOES 1 through 100.<br><br>Defendants. | Case No. C13-1610 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE**<br><br>**FRCP 41(a)(2)**<br><br>Trial Judge:   Hon. Richard Seeborg |
| KATHRYN HARVEY, individually, and as successor-in-interest for Decedent DAVID LOPEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH, a municipal corporation; MATTHEW KOCH, individually; JOSHUA VINCELET, individually; ALLAN CANTANDO, Chief of Police for the City of Antioch, individually, DOES 1 TO 50, inclusive<br><br>Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs RICHARD LOPEZ, SR., AND KATHRYN

HARVEY, and Defendants MATTHEW KOCH, JOSHUA VINCELET, ALLAN CANTANDO AND CITY OF ANTIOCH (hereafter "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs hereby agree to voluntarily dismiss, with prejudice, all of their claims for damages against Defendants, all Defendants, as alleged in Plaintiffs Complaints, filed in this matter. This dismissal would be a dismissal for the entire action, against all parties, with prejudice.

WHEREAS, each party agrees to bear its own fees and costs as to this dismissal.

IT IS SO STIPULATED.

Dated: September 22, 2014          LAW OFFICES OF FRANK D. PENNEY


                                   BY:___/s/ Lewis, James_____
                                   JAMES R. LEWIS
                                   Attorney for Plaintiff RICHARD LOPEZ, SR.

Dated: September 22, 2014          LAW OFFICES OF JOHN L. BURRIS


                                   BY: /s/ Nisenbaum, Benjamin_____
                                   BENJAMIN NISENBAUM
                                   Attorney for Plaintiff KATHRYN HARVEY

Dated: September 22, 2014          McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP


                                   BY:__/s/ Blechman, Noah_____
                                   James V. Fitzgerald, III
                                   Noah G. Blechman
                                   Attorneys for Defendants
                                   MATTHEW KOCH, JOSHUA VINCELET, ALLAN CANTANDO AND CITY OF ANTIOCH

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' claims for damages against Defendants, all Defendants, as alleged in Plaintiffs Complaints, are hereby dismissed, with prejudice.

2. Each party bears its own fees and costs with respect to this dismissed action.

**IT IS SO ORDERED.**

Dated: __9/23__, 2014

By: ___/s/ Richard Seeborg___
Hon. Richard Seeborg
U.S. District Court Judge